■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SAMEDI, Appellant. [886 NYS2d 625]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), entered March 26, 2007, convicting him of assault in the second degree and criminal possession of a weapon in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins,* 11 NY3d 484, 492 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Martinez,* 289 AD2d 259 [2001]; *People v Torres,* 150 AD2d 816 [1989]).

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson,* 9 NY3d 342 [2007]), we nevertheless accord great deference to the trier of fact's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley,* 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against

the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]; *People v Lawson,* 191 AD2d 514, 515 [1993]). Mastro, J.P., Balkin, Dickerson and Lott, JJ., concur.